## SCHEDULE "A"
## BANK OF AMERICA, N.A.

1. Bank statements for account number ending in the last four digits 5686 maintained by A to Z Printing, Ltd. for the period commencing on January 1, 2009 and continuing to the present date.  Statements <u>must</u> include legible copies of each and every check negotiated.

2. Any and all bank statements for maintained by A to Z Printing, Ltd., other than the aforementioned account number ending in the last four digits 5686, identified under tax id no. 11-3277799, for the period commencing on January 1, 2009 and continuing to the present date.  Statements must include legible copies of each and every check negotiated.

3. A copy of any applications to establish the account(s) submitted by A to Z Printing, Ltd. and/or its principals or agents on its behalf.

4. A copy of the signature card(s) for A to Z Printing, Ltd.